THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>PATRA HUGHES WEST, individually and as Trustee for the MARC ANTHONY WEST IRREVOCABLE FAMILY TRUST; JACOB WEST,<br><br>                     Defendants. | Case No. 2:20-cv-00214-MAT<br><br>**[PROPOSED]**<br>**ORDER DIRECTING DEPOSIT OF LIFE INSURANCE PROCEEDS INTO REGISTRY OF COURT AND GRANTING OTHER RELIEF** |

Based on the stipulation entered into by Plaintiff Unum Life Insurance Company of America ("Unum"), and Defendants Patra Hughes West, individually and as Trustee for the Marc Anthony West Irrevocable Family Trust, and Jacob West, the Court hereby ORDERS as follows:

    1.    Unum is granted leave to deposit life insurance proceeds of Policy No. 122917001 and Policy No. 122918001 (collectively, "the Policies") in the combined principal amount of $176,000.00, plus accrued interest, less fees and costs (the "Funds"), as noted in paragraph 6 below, into the registry of the Court;

    2.    The Funds are Disputed Ownership Funds, Interpleader Funds pursuant to 28 U.S.C. § 1335.

    3.    Unum is dismissed from this case with prejudice;

[PROPOSED] ORDER DIRECTING DEPOSIT OF LIFE INS PROCEEDS INTO REGISTRY OF COURT & GRANTING OTHER RELIEF (Case No. 2:20-cv-00214-MAT) - 1

100447.0194/7979993.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4.  Unum and any related entities, and any of their respective past, present and future directors, officers, employees, agents, stockholders, administrators, fiduciaries and representatives (collectively referenced as "Releasees") are hereby released and discharged from any and all liability relating to or arising out of or connected in any way to the Policies including, but not limited to, any benefits payable thereunder, the disbursement of funds, or the handling of claims or disputes relating to the Policies (referenced as the "Released Claims");

5.  Defendants and their agents, attorneys or assigns are enjoined from instituting any action or making any claims against Releasees with regard to the Released Claims; and

6.  Unum is awarded its reasonable attorneys' fees and costs in the amount of $8,684.50 incurred in the prosecution of this suit, to be deducted from the total amount Unum will deposit pursuant to paragraph 1 above.

IT IS SO ORDER AND ADJUDGED.

Dated this <u>22nd</u> day of April, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

LANE POWELL PC

By  s/ *Stephania Denton*
  Stephania Denton, WSBA No. 21920
  dentons@lanepowell.com
  Michael Brown, WSBA No. 49722
  brownm@lanepowell.com
Attorneys for Plaintiff

PETGRAVE & PETGRAVE PLLC

By *s/ Randolph Petgrave III*
  Randolph Petgrave III, WSBA No. 26046
  randgrave@msn.com
Attorney for Defendant Patra Hughes West, individually and as trustee for the Marc Anthony West Irrevocable Family Trust

PRUKOP LAW FIRM, PLLC

By *s/ Harold K. Prukop, Jr.*
  Harold K. Prukop Jr., WSBA No. 27590
  hkprukop@comcast.net
Attorney for Defendant Jacob West

[PROPOSED] ORDER DIRECTING DEPOSIT OF LIFE INS PROCEEDS INTO REGISTRY OF COURT & GRANTING OTHER RELIEF (Case No. 2:20-cv-00214-MAT) - 2
100447.0194/7979993.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107