Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRA HUGHES WEST, individually and as Trustee for the MARC ANTHONY WEST IRREVOCABLE FAMILY TRUST; JACOB WEST,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00214-MAT<br><br>ORDER DISMISSING ACTION AND DIRECTING DISBURSEMENT OF PROCEEDS FROM COURT REGISTRY |

Based upon the Stipulation of Settlement entered into by Defendants Patra Hughes West individually and as Trustee of the Marc Anthony West Irrevocable Family Trust, and Jacob West, the Court hereby ORDERS as follows:

1. The above action be dismissed with prejudice and without fees or costs to either party; and

2. The funds in this matter being held in the registry of the Court be disbursed as follows: five thousand dollars ($5000.00) to Jacob West; and the remaining balance to Patra

1  Hughes West as Trustee of the Marc Anthony West Irrevocable Family Trust.  Payments to

2  the parties will be made through their respective attorneys of record.

3      IT IS SO ORDERED AND ADJUDGED.

4      Dated this 25th day of March, 2021.

                                                        _____
                                                        Mary Alice Theiler
                                                        United States Magistrate Judge

Presented by:

                            PETGRAVE & PETGRAVE, PLLC

                            By    */s/ Randolph O. Petgrave*
                                  Randolph O. Petgrave, WSBA No 26046
                                  P.O. Box 2831
                                  Issaquah, WA 98027
                                  Telephone: (206) 583-0422
                                  Fax: (206) 260-2710
                                  Email: randgrave@msn.com
                                  Attorney for Patra West and the
                                  Marc Anthony West Irrevocable Family Trust

                            PRUKOP LAW FIRM, PLLC

                            By    */s/ Harold K. Prukop Jr.*
                                  Harold K. Prukop, Jr. WSBA No 27590
                                  22525 SE 64th Place, #286
                                  Issaquah, WA 98027-5383
                                  Telephone: (425) 577-4686
                                  Fax: (425) 837-9699
                                  Email: hkprukop@comcast.net
                                  Attorney for Jacob West

ORDER DISMISSING ACTION AND DIRECTING
DISBURSEMENT FROM COURT REGISTRY - 2

PETGRAVE & PETGRAVE, PLLC
P.O. Box 2831
Issaquah, WA 98027
(206) 583-0422; Fax (206) 260-2710