1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNUM LIFE INSURANCE COMPANY OF )
AMERICA,                        )
                                )
              Plaintiff,        )
                                )
        v.                      )
                                )
PATRA HUGHES WEST, individually and )
as Trustee for the MARC ANTHONY )
WEST IRREVOCABLE FAMILY TRUST;  )
JACOB WEST,                     )
                                )
              Defendants.       )
_____)

Case No.  2:20-cv-00214-MAT

AMENDED ORDER DISMISSING
ACTION AND DIRECTING
DISBURSEMENT OF PROCEEDS FROM
COURT REGISTRY

18

19

20

        Based upon the Stipulation of Settlement entered into by Defendants Patra Hughes

West individually and as Trustee of the Marc Anthony West Irrevocable Family Trust, and

Jacob West, the Court hereby ORDERS as follows:

21

22

        1.      The above action be dismissed with prejudice and without fees or costs to

either party; and

23

24

25

        2.      The funds in this matter being held in the registry of the Court (in the amount

of $197,389.80 deposited on 6/11/20, receipt #SEA100947) be disbursed as follows: the clerk

is authorized and directed to draw a check on the funds deposited in the registry of this Court

[PROPOSED] AMENDED ORDER DISMISSING
ACTION AND DIRECTING  DISBURSEMENT
FROM COURT REGISTRY - 1

PETGRAVE & PETGRAVE, PLLC
P.O. Box 2831
Issaquah, WA 98027
(206) 583-0422; Fax (206) 260-2710

1   in the principal amount of $5,000.00 payable to JACOB WEST, and mail or deliver the check

2   to Jacob West, care of his attorney, Harold K. Prukop, Jr.

3       The clerk is further authorized and directed to draw a check on the funds deposited in

4   the registry of this Court in the principal amount of $192,389.80, plus all accrued interest,

5   minus any statutory users fees, payable to PATRA HUGHES WEST, Trustee of the Marc

6   Anthony West Irrevocable Family Trust, and mail or deliver the check to Patra H. West, care

7   of her attorney, Randolph O. Petgrave.

8       IT IS SO ORDERED AND ADJUDGED.

9       Dated this 30<u>th</u> day of March, 2021.

10

11   _____

Mary Alice Theiler
United States Magistrate Judge

12   Presented by:

13   PETGRAVE & PETGRAVE, PLLC

14   By:   */s/ Randolph O. Petgrave*

15       Randolph O. Petgrave, WSBA No 26046
P.O. Box 2831

16       Issaquah, WA 98027
Telephone: (206) 583-0422

17       Fax: (206) 260-2710
Email: randgrave@msn.com

18       Attorney for Patra West and the
Marc Anthony West Irrevocable Family Trust

19

20   PRUKOP LAW FIRM, PLLC

21   By:   */s/ Harold K. Prukop, Jr.*

22       Harold K. Prukop, Jr. WSBA No 27590
22525 SE 64th Place, #286

23       Issaquah, WA 98027-5383
Telephone: (425) 577-4686

24       Fax: (425) 837-9699
Email: hkprukop@comcast.net

25       Attorney for Jacob West

[PROPOSED] AMENDED ORDER DISMISSING
ACTION AND DIRECTING  DISBURSEMENT
FROM COURT REGISTRY - 2

PETGRAVE & PETGRAVE, PLLC
P.O. Box 2831
Issaquah, WA 98027
(206) 583-0422; Fax (206) 260-2710